IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MICHAEL VINCENT REGNO JR., <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | **MEMORANDUM DECISION & DISMISSAL ORDER** <br><br> Case No. 4:20-CV-97-DN <br><br> District Judge David Nuffer |

On September 3, 2020, Petitioner filed an application to proceed *in forma pauperis* in this habeas-corpus case. (ECF No. 1) So that it could knowledgeably rule on the application, on September 10, 2020, the Court gave Petitioner thirty days to file an inmate-account statement. (ECF No. 2.) Two months later, Petitioner still has not complied. Nor has Petitioner been heard from again at all.

IT IS THEREFORE ORDERED that Petitioner's action is DISMISSED for failure to prosecute this case. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003).

This action is CLOSED.

DATED this 12 day of November, 2019.

BY THE COURT:

_____
JUDGE DAVID NUFFER
United States District Court